**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000624**
**26-APR-2024**
**08:37 AM**
**Dkt. 105 ODMR**

NO. CAAP-19-0000624


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CITIBANK N.A. AS TRUSTEE OF STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2007-AR2 MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-AR2, Plaintiff-Appellee,
v.
DAYNA S. KAULIA-WEBB, individually and as Trustee of the KA
HILINA O MAKA IRREVOCABLE TRUST dated February 23, 2008,
Defendant-Appellant,
and
DEBRA M. AYALA, as trustee of the KA HILINA O MAKA IRREVOCABLE
TRUST dated February 23, 2008; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., solely as nominee for COMMUNITY LENDING
INCORPORATED; COMMUNITY LENDING INCORPORATED;
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 08-1-401(2))


ORDER
(By: Wadsworth, Presiding Judge, Nakasone and McCullen, JJ.)


Upon consideration of self-represented Defendant-
Appellant Dayna S. Kaulia-Webb's (**Kaulia-Webb**) "Motion for

Reconsideration of Order to Affirm Entered on April 5th, 2024"
filed ex officio on April 16, 2024 (**Motion**), the papers in
support, and the record, it appears that:

(1) On April 5, 2024, this court in a Summary
Disposition Order affirmed the September 18, 2019 Judgment,
entered by the Circuit Court of the Second District;

(2) On April 16, 2024, Kaulia-Webb moved for
reconsideration of this court's April 5, 2024 Summary
Disposition Order; and

(3) Motions for reconsideration of the April 5, 2024
order were due on or before April 15, 2024. See Hawaiʻi Rules of
Appellate Procedure Rule 40(a). The Motion is thus untimely.

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, April 26, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge